1458

**MOTION DOCKET**

96–1875.  Consumers' Counsel v. Pub. Util. Comm.
Public Utilities Commission, Nos. 94–1964–EL–CSS, 95–1139–EL–COI, 95–1140–EL–COI, 95–299–

EL–AIR and 95–300–EL–AIR.

On motion for stay of Ohio Council of Retail Merchants. Motion granted.

COOK and LUNDBERG STRATTON, JJ., would grant a limited stay of only the Ohio Council of Retail Merchants' portion.

RESNICK, J., not participating.